# UNITED STATES DISTRICT COURT
## Eastern District of Washington

LANCE CHARLES ANDERSON,

                        Petitioner.

                                             **JUDGMENT IN A CIVIL CASE**

                v.

MAGGIE MILLER-STOUT,

                                            CASE NUMBER: CV-11-0333-TOR

                        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent pursuant to the Order Denying Writ of Habeas Corpus entered on April 15, 2013, ECF No. 19.

April 15, 2013                                                 SEAN F. McAVOY
*Date*                                                             *Clerk*

                                                                    s/ Cora Vargas
                                                                      *(By) Deputy Clerk*
                                                                  Cora Vargas